In the Matter of Acquiring Title by the City of New York to Certain Lands and Premises Situated on the Southerly Side of Conover Street, between Walcott and Sullivan Streets, in the Borough of Brooklyn, Duly Selected as a Site for School Purposes According to Law.— Motion granted and order signed. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.